DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KASSAN WARRAD,**
Appellant,

v.

**AMERICAN EXPRESS NATIONAL BANK** and **WIRELESS ZEN, LLC,**
Appellees.

No. 4D21-2683

[August 4, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502018CA007683XXXXMB.

Robert C. Gindel, Jr., of Robert C. Gindel, Jr., P.A., Boynton Beach, for appellant.

Zoran D. Jovanovich of Zwicker & Associates, P.C., Deerfield Beach, for appellee American Express National Bank.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***